IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Gino Nunn, | : |
| Plaintiff(s), | : |
| | : Case Number: 1:12cv687 |
| vs. | : |
| | : Chief Judge Susan J. Dlott |
| Graphic Packaging International, Inc., | : |
| Defendant(s). | : |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on December 9, 2014 (Doc. 36), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired December 26, 2014, hereby ADOPTS said Report and Recommendation.

Accordingly, defendant's motion for summary judgment (Doc. 35) is **GRANTED.**  This case is **TERMINATED** from the docket of this Court.

IT IS SO ORDERED.

   s/Susan J. Dlott
Chief Judge Susan J. Dlott
United States District Court